**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-6037

LOUIS ANGOTTI,

                Plaintiff - Appellant,

        v.

MARK AMONETTE, Chief Physician; JEFFERY DILLMAN, Health Service Director,

                Defendants - Appellees,

        and

A. HARRIS, Physician; S. WRIGHT, Nurse Manager; CHERYL SAUNDERS; KERI SILVIS-ROOT; A. WILSON, Physical Therapist,

                Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:23-cv-00730-DJN-MRC)

Submitted:  June 17, 2025                          Decided:  June 23, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Louis Angotti, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Louis Angotti appeals the district court's order dismissing Defendants Mark Amonette and Jeffery Dillman from Angotti's 42 U.S.C. § 1983 action.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Angotti v. Harris*, No. 3:23-cv-00730-DJN-MRC (E.D. Va., Dec. 3, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] As the district court has since disposed of Angotti's claims against the remaining Defendants in the action, we may consider his appeal of this order. *See Houck v. Substitute Tr. Servs., Inc.*, 791 F.3d 473, 479 (4th Cir. 2015) (discussing doctrine of cumulative finality).